UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                       )    Chapter 13
    JOHN S. DONAHUE, IV            )
        Debtor                              )    Case No.: 15-11125-BLS
                                                 )
                                                 )

## NOTICE OF MOTION

To:

| | |
|---|---|
| Vivian Houghton<br>Law office of Vivian Houghton<br>800 N. West Street, 2nd Floor<br>Wilmington, DE 19801<br>302-658-0518 | Michael B. Joseph<br>Chapter 13 Trustee, Delaware<br>824 Market Street, STE 905<br>Wilmington, DE 19801 |
| US Trustee<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035<br>302-573-6491 | |

Creditors, Floyd White and Jerzy Wirth, have filed the following Motion:
    OBJECTION TO CHAPTER 13 PLAN

which seeks the following relief:
    Rejection and objection to Chapter 13 Plan.

You are required to file a response to the attached motion on or before July 13, 2015. At the same time, you must also serve a copy of the response upon movants:

    Floyd White, Creditor    and    Jerzy Wirth, Creditor
    210B Highland Blvd.                312 Riblett Lane
    New Castle, DE 19720           Wilmington, DE 19808

HEARING ON THE MOTION WILL BE HELD ON JULY 21, 2015 @ 10:00 a.m. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

By: *Floyd White*        *Jerzy Wirth*        Date: 6-18-2015
Floyd White, Creditor    and    Jerzy Wirth, Creditor
210B Highland Blvd.                312 Riblett Lane
New Castle, DE 19720           Wilmington, DE 19808
(302) 442-5009                    (302) 540-9004