## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re:<br>    JOHN S. DONAHUE, IV<br>    Debtor | ) <br> ) <br> ) <br> ) <br> ) | Chapter 13 <br><br> Case No.: 15-11125-BLS |

### NOTICE OF MOTION

To:

| | |
|---|---|
| Vivian Houghton<br>Law office of Vivian Houghton<br>800 N. West Street, 2nd Floor<br>Wilmington, DE  19801<br>302-658-0518 | Michael B. Joseph<br>Chapter 13 Trustee, Delaware<br>824 Market Street, STE 905<br>Wilmington, DE  19801 |
| US Trustee<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE  19899-0035<br>302-573-6491 | |

Creditors, Floyd White and Jerzy Wirth, have filed the following Motion:
    OBJECTION TO EXEMPTIONS

which seeks the following relief:
    Objection to exemptions.

You are required to file a response to the attached motion on or before July 13, 2015. At the same time, you must also serve a copy of the response upon movants:

    Floyd White, Creditor    and    Jerzy Wirth, Creditor
    210B Highland Blvd.                    312 Riblett Lane
    New Castle, DE  19720              Wilmington, DE  19808

**HEARING ON THE MOTION WILL BE HELD ON JULY 21, 2015 @ 10:00 a.m. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

By: /s/ Floyd White          /s/ Jerzy Wirth          Date: June 24, 2015
Floyd White, Creditor  and  Jerzy Wirth, Creditor
210B Highland Blvd.        312 Riblett Lane
New Castle, DE  19720  Wilmington, DE  19808
(302) 442-5009           (302) 540-9004