IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JOHN S. DONAHUE, IV, | ) | Case No. 15-11125 (BLS) |
| | ) | |
| Debtor. | ) | Docket Reference No. 50, 57 |

## ORDER GRANTING MOTION TO DISMISS

Upon consideration of the Expedited Motion to Dismiss Chapter 7 Petition (the "Motion to Dismiss") [Docket No. 50]; and the Court having reviewed the objection to the Motion filed by Floyd White [Docket No. 57]; and the docket reflecting that this Debtor first filed a Chapter 13 case, which was subsequently converted to a case under Chapter 7; and the Debtor having determined that he no longer wishes to seek relief under the Bankruptcy Code; and it further appearing the Mr. White is currently party to litigation pending in the Delaware Superior Court regarding his claims against this Debtor, which claims presumably can continue to be pursued in state court in the absence of these bankruptcy proceedings; and the Chapter 7 Trustee taking no position with respect to the Motion to Dismiss; and a hearing having been held on August 27, 2015; and due cause appearing therefor, it is hereby

**ORDERED**, that this case is DISMISSED; and it is further

**ORDERED**, that the above-named Debtor is hereby barred from filing a bankruptcy case in the District of Delaware for 180 days from the date of this Order; and it is further

**ORDERED**, that the Motions pending at Docket Nos. 53, 54 and 58 are DENIED as moot.

Dated: Wilmington, Delaware
August 28, 2015

Brendan Linehan Shannon
Chief United States Bankruptcy Judge